UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: LOCKE LORD LLP.

AMERICAN TOWERS, INC., ETANO

Plaintiff(s)

Index # 16 CV 4997 NRB

- against -

Purchased June 27, 2016

PILOSOFT, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 7, 2016 at 01:22 PM at

C/O EARTH CLASS MAIL
228 PARK AVENUE SOUTH, BOX 92678
NEW YORK, NY 10003

deponent served the within SUMMONS AND COMPLAINT on AB SERVICES LLC therein named.

BY LEAVING A TRUE COPY WITH MR. VEGA, MAILBOX STORE CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK | 40 | 5'9 | 180 |

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST NAME.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 8, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 652427

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: LOCKE LORD LLP.

AMERICAN TOWERS, INC., ETANO

Plaintiff(s)

Index # 16 CV 4997 NRB

- against -

Purchased June 27, 2016

PILOSOFT, INC., ETAL

Defendant(s)

Mail Date July 8, 2016

**AFFIDAVIT OF MAILING**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 8, 2016 at a regular depository maintained by the United States Post Office deponent mailed a copy of the SUMMONS AND COMPLAINT to AB SERVICES LLC at

ATTN: ALL MEMBERS
C/O EARTH CLASS MAIL
228 PARK AVENUE SOUTH, BOX 92678
NEW YORK, NY 10003

Copy was mailed REGULAR FIRST CLASS MAIL, and was marked personal & confidential and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to me on: July 8, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**ANDRE MEISEL**
License #: 1372356
Invoice #: 652427

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728   NYCDCA#1102045