UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMERICAN TOWERS, INC., GLOBAL TOWER ASSETS, LLC,

        Plaintiffs,

vs.

PILOSOFT INC., AB SERVICES LLC, WINDY APPLE TECHNOLOGIES LLC, ALEKSANDR PILOSOV a/k/a ALEX PILOSOV.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

16-cv-4997 (NRB)(DCF)

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF GLOBAL TOWER ASSETS, LLC

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.1.1, Plaintiff Global Tower Assets, LLC hereby advises the Court as follows:

The parent company of Global Tower Assets, LLC is GTP Sites Hold Co., LLC. No publicly held corporation owns 10% or more of GTP Sites Hold Co., LLC.

Dated: New York, New York
       September 21, 2016

                                        _____/s/_____
                                        Jeffrey S. Kramer
                                        LOCKE LORD LLP
                                        Brookfield Place
                                        200 Vesey Street, 20th Floor
                                        212-415-8600
                                        *Attorneys for Plaintiffs*
                                        *American Towers, Inc. and Global Tower Assets, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 21, 2016, I electronically filed the foregoing by using the Court's CM/ECF system, and thus served all parties appearing in this action.

                                              /s/
                                      Jeffrey S. Kramer