

**TOR EKELAND, P.C.**
ATTORNEYS AT LAW

ADAM ELEWA
Associate

adam@torekeland.com
(516) 554-1080

November 7, 2016

**BY ECF AND FAX**

```
RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

NOV 07 2016

UNITED STATES COURT JUDGE
```

Hon. Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse, Courtroom 21A
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/16
```

Re: *American Towers LLC f/k/a American Towers, Inc., et al. v. Pilosoft, Inc., et al.,*
Case No. 1:16-cv-04997(NRB)(DCF)

Dear Judge Buchwald,

    The parties attended a telephone conference on November 2, 2016 regarding the status of the above-referenced matter. Due to the present inability of the parties to come to a settlement, the Court decided to let motion practice resume pursuant to a schedule agreed upon by the parties with Defendants' deadline to file not to exceed 3 weeks from the date of the conference. Consistent with the Court's direction, the following is the parties' agreed upon schedule:

1) Defendants shall file their motion for judgment on the pleadings by November 23, 2016.
2) Plaintiffs shall file their response to Defendants' motion for judgment on the pleadings within 30 days, on December 23, 2016.
3) Defendants shall file any reply to Plaintiffs' response within 14 days, on January 6, 2017.

*So ordered.*

*Buchwald, USDJ*
*11/10/16*

Sincerely,

/s/ Adam Elewa
Adam Elewa
Associate
Tor Ekeland, P.C.

cc:    William D. Foley, Jr., Jeffrey Kramer, *Attorneys for Plaintiffs* (by ECF)

195 Plymouth Street, 5th Floor  Brooklyn, NY 11201 | torekeland.com | Admitted in New York